IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------X
DARRYL L. BROWN,

        Plaintiff,

vs.

RJM ACQUISITIONS FUNDING, LLC,

        Defendant.
------------------------------------X

A NOTICE OF DISMISSAL
OF ACTIONS

Civil Action No.:
2:11-cv-03279-JFB-ARL

    In accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff requests to dismiss of his own complaint without any limitations by trial judge are set out in Rule 41(a)(1), and stated instances show clearly thought-out purpose behind such provisions; they are to give man right to take his case out of court when no one else will be prejudiced by his doing so. <u>Piedmont Interstate Fair Ass'n vs. Bean</u> (1954, CA4 SC) 209 F.2d 942 (criticized in <u>West Virginia-Ohio Valley Area I.B.E.W. Fund vs. American Tobacco Co.</u> (1999, SD W Va) 188 FRD 425, 45 FR Serv 3d 312).

    Plaintiff has absolute right to Fed. R. Civ. P.41(a)(1) dismissal. <u>Harvey Specialty & Supply, Inc. vs. Anson Flowline Equip., Inc.</u> (2005, CA5 La) 434 F.3d 320, reh, en banc, den (2006, CA5) 175 Fed Appx 245.

    **WHEREFORE,** Plaintiff humbly requests that his complaint against Defendant be dismissed with prejudice.

Dated: March 29, 2012.

                                      Respectfully submitted,

                                      Darryl L. Brown

RECEIVED
APR 02 2012
ED

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Jonathan D. Elliot, Esq.
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Blvd., Suite 500
>Bridgeport, CT 06604

Dated at Cumberland, Maryland on this 29th day of March 2012.

_____
Darryl L. Brown, Pro Se Litigant
Federal Registered No. 46446-066
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

⇔46446-066⇔
Darryl Lee Brown
Federal Correctional Inst
P.O.Box 1000
Cumberland, MD 21501
United States

⇔46446-066⇔
Clerk Of The Court
U.S. District Court
814 Federal Plaza
Long Island F Courthouse
Central Islip, NY 11722-4438
United States

USA FIRST CLASS FOREVER